**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-23228-RAR**

**DILKHARRI SIMS,**
*individually and on behalf of all*
*others similarly situated,*

**CLASS ACTION**

**Plaintiff,**

**JURY TRIAL DEMANDED**

**v.**

**FASHION NOVA LLC,**

**Defendant.**
_____________________________________/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Dilkharri Sims, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby voluntarily dismisses this action without prejudice.

Date: September 3, 2025

Respectfully Submitted,

**SCARFONE LAW GROUP**
*Attorneys for Plaintiff*
2424 N. Federal Hwy #166
Boca Raton, Florida 33431
T: 561-609-1200 / F: 561-609-1234
By: /s/ *Mariam Grigorian, Esq,*
Mariam Grigorian, Esq.
Florida Bar No.: 1010510
Rocco Scarfone, Esq.
Florida Bar No. 1026181
mgrigorian@scarfonelawgroup.com
rocco@scarfonelawgroup.com
service@scarfonelawgroup.com

*COUNSEL FOR PLAINTIFF*